UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RESTREPO,

    Plaintiff,

v.

FRATELLI ITALIANI, LLC, d/b/a DA MARINO RESTAURANT and KAVITA JAGNARINE,

    Defendants.

No.: 19-cv-6606(PAE)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York

    January 20, 2020

| For the Plaintiff: | For the Defendants: |
|---|---|
| **JOSEPH & KIRSCHENBAUM LLP** | **MORITT HOCK HAMROFF LLP** |
| By: /s/ D. Maimon Kirschenbaum | By: /s/ Keith J. Frank |
| 32 Broadway, Suite 601<br>New York, New York 10004<br>maimon@jk-llp.com | 400 Garden City Plaza<br>Garden City, NY 11530<br>kfrank@moritthock.com |

So Ordered  1/28/20

/s/ Paul A. Engelmayer
Hon. Paul A. Engelmayer